IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § § | CASE NO. 1:08-CR-057(01) |
| JASON ALAN SEYFFERT | § | |

## MOTION FOR DISCOVERY AND
## INSPECTION UNDER RULE 16(a)(1)(G) AND BRIEF

The Defendant moves the Court pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure and the Fifth and Sixth Amendments to the United States Constitution to order the government through its Assistant United States Attorney to disclose and produce, and to permit the Defendant to inspect copy, photograph and/or photocopy each of the following items of evidence which through due diligence may become known to the government or its agents:

### SUMMARY OF OPINION TESTIMONY

The defendant moves the Court to order the government to prepare and produce, prior to trail, a summary of opinion testimony which the government intends to introduce through any witness testifying as an expert under Rules 702, 703, or 7015 of the Federal Rules of Evidence.

Such summary must describe the witnesses' opinions, the bases and the reasons therefore, and the witnesses' qualifications.

Rule 16 of the Rules of Criminal Procedure was amended effective December 1, 1993 with the addition of section (a)(1)(G), renumbered (a)(1)(G) as of December 1, 2002.

Unlike Rule 16(a)(1)(F), this provision is not limited to scientific experts or to reports which are in existence at the time of the defense request. Rule 16(a)(1)(G) applies to any expert, including

law enforcement agents/witnesses who may offer expert opinion on a wide variety of subjects, or to a summary witness testifying pursuant to Rule 1006, Federal Rules of Evidence, when such a witness also gives expert testimony.

The rule requires that, on request, the attorney for the government must actually prepare a summary of the expert witness' testimony which the government intends to offer in its case in chief at trial, even though a written report does not exit at the time of the defense request.

## CONCLUSION

All of the above items requested are within the exclusive control of the Federal government, or other agencies acting in conjunction with the Federal government, or other agencies acting in conjunction with the Federal government, and since the defendant and defense counsel have no executive power, the materials requested herein are unavailable to the defendant.

WHEREFORE, the defendant prays that the Court order the Assistant United States Attorney to disclose and produce the above-mentioned evidence to the defendant's counsel for copying and inspection.

Respectfully submitted,

Mehaffey & Watson
2441 S. 1st
Abilene, TX 79605
Tel: 325.674.1900
Fax: 325.674.1901

By:_____
Samuel Mehaffey
State Bar No. 24032857
Attorney for Jason Alan Seyffert

## CERTIFICATE OF SERVICE

This is to certify that on November 10, 2008, a true and correct copy of the above and foregoing document was served on the Assistant United States Attorney, Steve Sucsy, by facsimile.

_____
Samuel Mehaffey