U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 3 1 2008
CLERK, U.S. DISTRICT COURT
By _____
        Deputy

# FACTUAL RESUME

UNITED STATES OF AMERICA v. JASON ALAN SEYFFERT
NO. 1:08-CR-057-C - ABILENE DIVISION - NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **INDICTMENT:** | TO BE ARRAIGNED ON COUNT THREE OF INDICTMENT 1:08-CR-057-C - Charging a violation of 18 U.S.C. § 2252A(a)(2)(A) - Interstate Receipt of Child Pornography. |
| **MAXIMUM PENALTY:** | A term of imprisonment of not less than five years nor more than twenty years, a fine of not more than $250,000.00, or both. A term of supervised release of up to life must follow any term of imprisonment. If Seyffert violates the conditions of supervised release, he could be imprisoned and subject to additional terms of supervised release and imprisonment as determined by the Court in accordance with law. |
| **MANDATORY SPECIAL ASSESSMENT:** | $100.00 |
| **PLEA AGREEMENT:** | As set forth in the Plea Agreement letter attached hereto and incorporated herein. |
| **ELEMENTS OF THE OFFENSE:** | **18 U.S.C. § 2252A(a)(2)(A). Interstate Receipt of Child Pornography:**<br><br>Defendant Jason Alan Seyffert:<br><br>1. On or about the date charged in the indictment;<br><br>2. knowingly received;<br><br>3. child pornography;<br><br>4. that had been mailed, or shipped, or transported in interstate or foreign commerce by any means, including by computer. |

"Child pornography" means any visual depiction of sexually explicit conduct where such visual depiction is of a minor engaging in sexually explicit conduct.

A "minor" is any person under the age of eighteen years.

"Sexually explicit conduct" means:

    (A) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex;
    (B) bestiality;
    (C) masturbation;
    (D) sadistic or masochistic abuse; or
    (E) lascivious exhibition of the genitals or pubic area of any person.

FACTS: Beginning in approximately 2006, Seyffert became interested in child pornography. He began using the Internet to collect images and videos of child pornography from online contacts, Web sites, and through use of the Limewire peer-to-peer software file sharing program. When searching for child pornography on Limewire, Seyffert used the search terms "young," "boy," and "boy/dad," intending to locate images and videos depicting sexually explicit conduct between underage boys and adult males. Seyffert transmitted fewer than 10 child pornography videos and fewer than 20 child pornography images over the Internet to his online contacts.

All of the images and videos of child pornography in Seyffert's possession were downloaded by him from the Internet, at his residence in Merkel, Texas, using his computer. Seyffert transferred child pornography images and video files he downloaded from the Internet onto storage media, including at least one DVD.

On December 8, 2007, while searching for child pornography on the Internet, Seyffert knowingly received a video entitled "bl1-1.avi." This video depicts a male child under the age of 18 years engaging in genital-anal sexual intercourse with another male.

The above facts are true and correct:

X _____  _____12-19-08_____
JASON ALAN SEYFFERT           Date
Defendant


X _____  _____12-19-08_____
SAMUEL DAVID MEHAFFEY         Date
Attorney for Defendant