IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Abilene Division

Jul 13, 2009

| | | |
|---|---|---|
| USA | § | |
| Plaintiff/Petitioner | § | |
| | § | NDTX Case No.: 1:08-CR-057 |
| v. | § | |
| | § | 5TH Circuit Appeals Court Case No.: 09-10492 |
| JASON ALAN SEYFFERT | § | |
| | § | |
| Defendant/Respondent | § | |

## NOTICE OF TRANSFER OF THE 5TH CIRCUIT RECORD ON APPEAL

I hereby:

☒ acknowledge receipt of the record on appeal which consists of:

___1___ volumes of the record    ___2___ volumes of transcripts

_____ containers of exhibits    _____ sealed documents

_____ folders of state court records_____ other: _____

☐ acknowledge that the record on appeal has been transferred to the:

_____ Appellee*    _____ Appeals Court

*If appellee's brief is required, appellant must forward the record on appeal to appellee when appellant's brief is sent to the 5th Circuit and served on appellee.  See attached page for additional information.

I certify that I am proceeding *pro se* or that I am the designated attorney of record for the:

_____ Appellant    _____ Appellee

I also certify that I have not altered the record in any way.

_____
Date

_____
Signature

_____
Printed Name

_____
Address

_____

_____
Telephone Number

**This form is to be completed and filed with the District Clerk's Office each time a party receives or forwards the record on appeal, including when the appellant or appelle forwards the record to the 5th Circuit**