# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 09-10492

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

JASON ALAN SEYFFERT,

    Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas, Abilene

Before BENAVIDES, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the appellee's motion to dismiss appeal is *Granted*.

    IT IS FURTHER ORDERED that the alternative motion to file brief of appellee until 30 days after court's denial of motion to dismiss appeal is *Dismissed as moot*.

ISSUED AS MANDATE

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 13, 2009

Ms. Karen S. Mitchell
Northern District of Texas, Abilene
United States District Court
341 Pine Street
Room 2008
Abilene, TX 79604

    No. 09-10492, USA v. Jason Seyffert
        USDC No. 1:08-CR-57-1

Enclosed, for the Northern District of Texas, Abilene only, is a copy of the judgment issued as the mandate.

The electronic copy of the record has been recycled.

                          CHARLES R. FULBRUGE III, Clerk

                          By: _____
                          Madeline K. Chigoy, Deputy Clerk
                          504-310-7691

cc: (letter only)
    Honorable Sam R. Cummings
    Mr. Samuel Mehaffery
    Mr. Steven M Sucsy
    Ms. Denise B Williams

P.S. to Judge Cummings: A copy of the opinion was sent to your office via email the day it was filed.

MDT-1